UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA BRANDT, an individual,<br><br>    Defendant. | Case No. 3:19-cv-00436-LRH-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JESSICA BRANDT, an individual,<br><br>    Counter-claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Counter-defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counter-defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Christina Lovato, Chapter 7 Trustee on behalf of the bankruptcy estate of Defendant/Counter-claimant Jessica Brandt[1] ("Brandt"), by and through their respective undersigned counsel of record, that this entire action will be dismissed with prejudice, including all claims between Wells Fargo and Brandt.

---

[1] Jessica Brandt filed for Chapter 7 bankruptcy on December 30, 2019. As such, this stipulation and order is properly executed by the Chapter 7 Trustee.

| | |
|---|---|
| 1 | Each party shall bear their own attorney's fees and costs. |
| 2 | IT IS SO STIPULATED. |

Dated: February 19, 2020.                                   SNELL & WILMER L.L.P.

By: /s/ Tanya N. Lewis
Kelly H. Dove (10569)
Tanya N. Lewis (8855)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Wells Fargo Bank, N.A.*

Dated: February 12, 2020.

By: /s/ Christina W. Lovato
Christina W. Lovato, as Trustee
P.O. Box 18417
Reno, NV 89511
Telephone: (775) 851-1424
*Chapter 7 Trustee for the Bankruptcy Estate of Jessica Brandt*

### ORDER

The Court, having reviewed the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-captioned and numbered matter is dismissed with prejudice. All parties to bear their own attorneys' fees and costs.

DATED this 20th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE